# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM WOLVEN, et al.,<br>　　　　Plaintiff(s),<br>v.<br>CHING LIANG SUN, et al.,<br>　　　　Defendant(s). | Case No.: 2:19-cv-00794-APG-NJK<br><br>**ORDER**<br>(Docket No. 27) |

On November 5, 2019, the parties filed their joint interim status report. Docket No. 27. However, the report fails to provide three alternative dates for trial and further fails to include the parties' certification that they "considered consent to trial by a magistrate judge" and "use of the Short Trial Program." Local Rule 26-3. Accordingly, the Court **ORDERS** the parties to file a joint interim status report that fully complies with Local Rule 26-3, no later than November 8, 2019.

IT IS SO ORDERED.

Dated: November 6, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　United States Magistrate Judge