**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM WOLVEN, et al., | Case No.: 2:19-cv-00794-APG-NJK |
|     Plaintiff(s), | **ORDER** |
| v. | |
| CHING LIANG SUN, et al., | (Docket No. 38) |
|     Defendant(s). | |

Pending before the Court is the parties' stipulation to continue depositions. Docket No. 38. However, parties need not seek court approval to extend time for "procedures governing or limiting discovery," unless "it would interfere with the time set for completing discovery, for hearing a motion, or for trial." Fed.R.Civ.P. 29(b).

Accordingly, the Court **DENIES** the stipulation as unnecessary. Docket No. 38.

IT IS SO ORDERED.

Dated: March 26, 2020

_____
Nancy J. Koppe
United States Magistrate Judge