# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM WOLVEN and SHANNON WOLVEN,<br><br>  Plaintiffs<br><br>v.<br><br>CHING LIANG SUN, et al.,<br><br>  Defendants | Case No.: 2:19-cv-00794-APG-NJK<br><br>**Order for Proposed Joint Pretrial Order** |

The proposed joint pretrial order was due September 1, 2020. ECF No. 35. However, the parties have not filed it.

I THEREFORE ORDER that the proposed joint pretrial order is due by October 30, 2020. The failure to file the proposed order by that date may result in dismissal of this action without further notice.

DATED this 1st day of October, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE