LUCIAN J. GRECO, JR., ESQ.
Nevada State Bar No. 10600
DEVIN R. GIFFORD, ESQ.
Nevada State Bar No. 14055
MATTHEW J. COOK, ESQ.
Nevada State Bar No. 14965
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
lgreco@bremerwhyte.com
dgifford@bremerwhyte.com
mcook@bremerwhyte.com

Attorneys for Defendants,
Ching Liang Sun and Golden Lion
Transportation, Inc. dba Lion Express

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM WOLVEN, an individual; SHANNON WOLVEN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CHING LIANG SUN, an individual; GOLDEN LION TRANSPORTATION, INC. dba LION EXPRESS, a foreign corporation; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive jointly and severally,<br><br>Defendants. | Case No. 2:19-cv-00794-APG-NJK<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANTS CHING LIANG SUN AND GOLDEN LION TRANSPORTATION, INC DBA LION EXPRESS** |

Plaintiffs William Wolven and Shannon Wolven, by and through their counsel of record David D. Boehrer, Esq. and Travis J. Rich, Esq. of David Boehrer Law Firm, and Defendant Ching Liang Sun and Defendant Golden Lion Transportation, Inc. dba Lion Express, by and through their counsel of record, Lucian J. Greco, Jr., Esq., Devin R. Gifford, Esq., and Matthew J. Cook, Esq. of Bremer Whyte Brown & O'Meara LLP, and hereby stipulate to dismiss Defendant Ching Liang Sun

and Defendant Golden Lion Transportation, Inc. dba Lion Express with prejudice in the above-captioned action. Each party shall bear their own costs and attorney fees.

DATED this 2nd day of October, 2020.          DATED this 2nd day of October, 2020.

**David Boehrer Law Firm**                     **Bremer Whyte Brown & O'Meara, LLP**

By: /s/                                        By: /s/
David D. Boehrer, Esq.                         Lucian J. Greco, Jr, Esq.
Nevada State Bar No. 9517                      Nevada State Bar No. 10600
Travis J. Rich, Esq.                           Devin R. Gifford, Esq.
Nevada State Bar No. 12854                     Nevada State Bar No. 14055
Attorneys for Plaintiffs,                      Matthew J. Cook, Esq.
William Wolven and Shannon Wolven              Nevada State Bar No. 15028
                                               Attorneys for Defendants,
                                               Ching Liang Sun and Golden Lion
                                               Transportation, Inc. dba Lion Express

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

1154.102 4842-8127-1481.1

## ORDER

Pursuant to the stipulation of the parties, it is HEREBY ORDERED that Defendant Ching Liang Sun and Defendant Golden Lion Transportation, Inc. dba Lion Express are hereby dismissed with prejudice in the above-captioned matter, each party to bear their own attorney fees and costs incurred in this matter.

DATED this 2nd day of October, 2020.

_____
United States District Judge

Submitted by:

**BREMER WHYTE BROWN & O'MEARA, LLP**

_____
Lucian J. Greco, Jr, Esq.
Nevada State Bar No. 10600
Devin R. Gifford, Esq.
Nevada State Bar No. 14055
Matthew J. Cook, Esq.
Nevada State Bar No. 15028
Attorneys for Defendants,
Ching Liang Sun and Golden Lion
Transportation, Inc. dba Lion Express

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

3

1154.102 4842-8127-1481.1